SCOTT J. HYMAN (State Bar No. 148709)
sjt@severson.com
ERIC J. TROUTMAN (State Bar No. 229263)
ejt@severson.com
IVETTE ZAMORA (State Bar No. 286243)
iz@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant
CHEX SYSTEMS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NADINE PEREZ JIMENEZ, | Case No. 5:15-cv-01951 |
|---|---|
| Plaintiff, | [Formerly Superior Court of California, County of Riverside No. INS1501403] |
| vs. | **NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1441 AND 1331** |
| CHEX SYSTEMS, INC. | |
| Defendant. | Action Filed:   August 13, 2015 |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Chex Systems, Inc. ("Chex Systems") hereby removes the above-captioned action from the Superior Court of the State of California, in the County of Riverside, to the United States District Court for the Central District of California. Chex Systems alleges that it is entitled to removal pursuant to 28 U.S.C. § 1331, based upon federal question jurisdiction, as follows:

1.      Chex Systems is named in the Complaint filed on August 13, 2015, by Plaintiff Nadine Perez Jimenez ("Plaintiff") in the Superior Court of the State of California, in the County of Riverside Case No. INS1501403, entitled *Jimenez vs. Chex Systems* (the "State Court Action").

2.      Chex Systems has not yet filed an answer or otherwise responded to Plaintiff's Complaint in the State Court Action.

3.      This notice of removal is timely under 28 U.S.C. § 1446(b) and Federal Rule of Civil Procedure, Rule 6(a) because it was filed within 30 days of the service on Chex Systems of a copy of the Complaint on September 3, 2015.

4.      Removal to the United States District Court for the Central District of California is proper because this is the district which embraces the county in which Plaintiff filed the State Court Action.  28 U.S.C. § 1441(a).

5.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441 because it arises under the following federal statute:  (1) the Fair Credit Reporting Act – 15 U.S.C. § 1681 *et. seq.* – a federal statute.  Comp. ¶ 3.

6.      This Court has supplemental jurisdiction over all other claims asserted by Plaintiff pursuant to 28 U.S.C. § 1367(a) and 28 U.S.C. § 1441(c).

7.      As required by 28 U.S.C. § 1446(d), Chex Systems will provide written notice of the removal of this action to Plaintiff, and to the Riverside County Superior Court.

8.      Pursuant to 28 U.S.C. § 1446(a), attached as <u>Exhibit A</u> are accurate copies of all papers received as of September 22, 2015.

// // //

// // //

// // //

1    WHEREFORE, Chex Systems prays that the State Court Action be removed
2 from state court to this Court and that this Court assume jurisdiction over the action
3 and determine it on the merits.

5 DATED:  September 22, 2015         Respectfully submitted,

                                    SEVERSON & WERSON
                                    A Professional Corporation


                                    By:      */s/ Ivette Zamora*
                                                Ivette Zamora

                                    Attorneys for Defendant CHEX SYSTEMS,
                                    INC.